**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **15–14203–RGM**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on November 29, 2015.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:   The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
| Uldarico Copa Fernandez<br>10921 Fairchester Drive<br>Fairfax, VA 22030 | Agripina Moya de Copa<br>10921 Fairchester Drive<br>Fairfax, VA 22030 |
| Case Number:   15–14203–RGM<br>Office Code:   1 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–2657<br>xxx–xx–6971 |
| Attorney for Debtor(s) (name and address):<br>Brian Andrew Tucci<br>Law Offices of Brian A. Tucci, LLC<br>7979 Old Georgetown Road<br>Suite 750<br>Bethesda, MD 20814<br>Telephone number:  (301) 718–1892 | Bankruptcy Trustee (name and address):<br>Klinette H. Kindred<br>Tyler, Bartl, Ramsdell and Counts<br>300 N. Washington Street, Suite 202<br>Alexandria, VA 22314<br>Telephone number:  (703) 549–5000 |

### Meeting of Creditors:
Date: **January 6, 2016**        Time: **09:00 AM**
Location: **115 South Union Street, Suite 206, Alexandria, VA 22314**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**
**March 7, 2016**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>200 South Washington Street<br>Alexandria, VA 22314 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Date:  November 30, 2015 |

## EXPLANATIONS  B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Alexandria. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Alexandria. See address on front side of this notice. |

– – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1.

**PAYMENT OF FEES FOR ALEXANDRIA CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:** Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Uldarico Copa Fernandez  
Agripina Moya de Copa  
      Debtors

Case No. 15-14203-RGM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0422-9    User: stewarts    Page 1 of 1    Date Rcvd: Nov 30, 2015  
                    Form ID: B9A    Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2015.
```
db/jdb        +Uldarico Copa Fernandez,    Agripina Moya de Copa,    10921 Fairchester Drive,
                Fairfax, VA 22030-4833
13155889      +Burton J. Haynes, Esq.,    Burton J. Haynes, P.C.,    9273 Old Keene Mill Road,
                Burke, VA 22015-4202
13155886      +Citibank/Home Depot,    PO Box 790040,    Saint Louis, MO 63179-0040
13155888       Fair Oaks Emergency Physicians,    c/o American Collections,    609d Franconia Road,
                Alexandria, VA 22310-0000
13155891      +U.S. Attorney for E.D. Va.,    2100 Jamieson Ave.,    Alexandria, VA 22314-5702
13155893       Virginia Dept. of Taxation,    Office of Compliance,    P.O. Box 27407,    Richmond, VA 23261-7407
13155894     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court:  Wells Fargo,    8480 Stagecoach Circle,    Frederick, MD 21701-0000)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: btucci@briantuccilaw.com Nov 30 2015 23:14:56     Brian Andrew Tucci,
                Law Offices of Brian A. Tucci, LLC,    7979 Old Georgetown Road,    Suite 750,
                Bethesda, MD  20814
tr            +EDI: QKHKINDRED.COM Nov 30 2015 23:03:00    Klinette H. Kindred,
                Tyler, Bartl, Ramsdell and Counts,    300 N. Washington Street, Suite 202,
                Alexandria, VA 22314-2530
13155884       EDI: BANKAMER.COM Nov 30 2015 23:03:00     Bank of America,    PO Box 982235,
                El Paso, TX 79998-0000
13155885      +EDI: CITICORP.COM Nov 30 2015 23:03:00     Citibank,    PO Box 6241,
                Sioux Falls, SD 57117-6241
13155887      +E-mail/Text: bankruptcydepartment@tsico.com Nov 30 2015 23:16:19     DirecTV,
                c/o Transworld Systems,    507 Prudential Road,    Horsham, PA 19044-2308
13155890      +EDI: IRS.COM Nov 30 2015 23:03:00     Internal Revenue Service,    Department of the Treasury,
                PO Box 7346,    Philadelphia, PA 19101-7346
13155892       E-mail/Text: bkr@taxva.com Nov 30 2015 23:16:09     Virginia Dept. of Taxation,
                Office of Customer Service,    PO Box 1115,    Richmond, VA 23218-0000
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2015                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2015 at the address(es) listed below:
```
              Brian Andrew Tucci    on behalf of Debtor Uldarico  Copa Fernandez btucci@briantuccilaw.com
              Brian Andrew Tucci    on behalf of Joint Debtor Agripina  Moya de Copa btucci@briantuccilaw.com
              Klinette H. Kindred    kkindred@tbrclaw.com,
                asemerjian@tbrclaw.com;kkindred@ecf.epiqsystems.com;smccarthy@tbrclaw.com
                                                                                               TOTAL: 3
```