**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 15−14203−RGM
**Chapter** 7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Uldarico Copa Fernandez
10921 Fairchester Drive
Fairfax, VA 22030

Agripina Moya de Copa
10921 Fairchester Drive
Fairfax, VA 22030

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−2657                                         Joint Debtor: xxx−xx−6971

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA                                                  Joint Debtor: NA

## NOTICE OF REQUIREMENT TO FILE
## CERTIFICATION OF COMPLETION
## OF COURSE IN PERSONAL FINANCIAL MANAGEMENT
## (Official Form 23)

   Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23)* as described in 11 U.S.C. § 111.
   Debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 23 must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 23 within 60 days after the first date set for the meeting of creditors under § 341. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: November 30, 2015

(ntcfnmgtv2015.jsp)

William C. Redden
Clerk of Court

*NOTE: Official Interim Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See FRBP 1007(b)(7).

**ATTENTION DEBTORS:**
Receive your court notices and orders by mail through the DeBN program.
Same−day delivery. Convenient Access. Free.
For more information and to download the request form, go to www.vaeb.uscourts.gov and Select *Click here* in the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Uldarico Copa Fernandez  
Agripina Moya de Copa  
      Debtors

Case No. 15-14203-RGM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-9      User: stewarts      Page 1 of 1      Date Rcvd: Nov 30, 2015  
                       Form ID: ntcfnmgt      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2015.  
db/jdb      +Uldarico Copa Fernandez,   Agripina Moya de Copa,   10921 Fairchester Drive,   Fairfax, VA 22030-4833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2015      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2015 at the address(es) listed below:  
      Brian Andrew Tucci   on behalf of Debtor Uldarico  Copa Fernandez btucci@briantuccilaw.com  
      Brian Andrew Tucci   on behalf of Joint Debtor Agripina  Moya de Copa btucci@briantuccilaw.com  
      Klinette H. Kindred   kkindred@tbrclaw.com,  
      asemerjian@tbrclaw.com;kkindred@ecf.epiqsystems.com;smccarthy@tbrclaw.com  
      TOTAL: 3